UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Tracey L Durns  
    Ontario Durns  
         Debtor(s)

Case No. 14-35460

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/30/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/27/2014.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 2.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $12,100.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$0.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EXETER FINANCE CORP | Secured | 22,169.67 | NA | NA | 0.00 | 0.00 |
| GATEWAY FINANCIAL | Secured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,218.71 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 14,793.00 | 14,793.00 | 14,793.00 | 0.00 | 0.00 |
| IRS | Unsecured | 565.73 | NA | NA | 0.00 | 0.00 |
| 500 FAST CASH | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| AARON SALES & LEASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| APPLIED CARD BANK | Unsecured | 724.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS/ILLINOIS TOLLWAY | Unsecured | 19,347.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/VALLEY IMAGING CON | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/VALLEY IMAGING CON | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/NAPERVILLE RADIOLO | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/RUSH COPLEY FAMILY | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/RUSH COPLEY OB GYN | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/RUSH COPLEY FAMILY | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/RUSH COPLEY FAMILY | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/RUSH COPLEY FAMILY | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/VALLEY IMAGING CON | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/VALLEY IMAGING CON | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC/CASTLE O | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| CHASE AUTO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF AURORA WATER SERVICES | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 588.28 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 549.41 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CONSUMER PORTFOLIO SVC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF EDUCATION/N | Unsecured | 15,800.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF EDUCATION/N | Unsecured | 3,766.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF EDUCATION/N | Unsecured | 3,685.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF EDUCATION/N | Unsecured | 2,022.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT/RUSH COPLEY MEDIC | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT/RUSH COPLEY MEDIC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT/RUSH COPLEY MEDIC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT/RUSH COPLEY MEDIC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT/RUSH COPLEY MEDIC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| DSG COLLECT/RUSH COPLEY MEDIC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| DSNB MACYS | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| EMPACT EMERGENCY PHISICIANS | Unsecured | 639.00 | NA | NA | 0.00 | 0.00 |
| FOX METRO | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| HCCREDIT/CITI | Unsecured | 1,911.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORPORATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM/KINDERCARE LEARNING | Unsecured | 1,038.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM/BANFIELD PET HOSPITAL | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION JP MORGAN CHASE BAI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGER BLAIR | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU/ANESTHES | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE DENTAL SPECIALIST | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| NCOFIN/980/ILLINOIS STATE TOLL H | Unsecured | 3,003.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| OPPORTUNITY FINANCIAL | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY/HSBC BANK | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| RMS RECOVERY MANAGEMENT/MA | Unsecured | 3,414.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SALLIE MAE | Unsecured | 5,952.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SALLIE MAE | Unsecured | 5,711.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SALLIE MAE | Unsecured | 4,922.00 | NA | NA | 0.00 | 0.00 |
| HAILIN LI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SALLIE MAE | Unsecured | 2,874.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SALLIE MAE | Unsecured | 956.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 14,793.00 | NA | NA | 0.00 | 0.00 |
| SILVERLEAF VACATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION SLC CONDUIT LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TIGER TRANZ/WAUBONSIE VALLEY | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| TIGER TRANZ/WAUBONSIE VALLEY | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MANAGEMENT/COL | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION UNIVERSITY OF PHOEN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION UNIVERSITY OF ST FRA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEPT OF ED/GLELSI | Unsecured | 32,901.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION US DEPT OF ED/GLELSI | Unsecured | 13,001.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,099.00 | NA | NA | 0.00 | 0.00 |
| ZINGO CASH | Unsecured | 3,400.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,793.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$14,793.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/24/2014          By:/s/ Glenn Stearns
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**